# **CERTIFICATION**

RE:    Mark S. Keller, II
        B26460
        17-528-JPG


      I, _____, hereby certify that
          (Name and Title of Authorized Officer - please print)

Mark S. Keller, II currently has the sum of $_____ on account at Hill
Correctional Center.


                                                    _____
                                                    Signature of Authorized Officer


Dated: _____


**PURSUANT TO 28 U.S.C. § 1915(a)(2),
PLEASE ATTACH A COPY OF THE INMATE'S
TRUST FUND ACCOUNT STATEMENT
FOR THE PAST SIX MONTHS.**


**Please mail the statement and this completed form to:**
Clerk of Court
United States District Court
Southern District of Illinois
P.O. Box 249
East St. Louis, IL 62201