IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARK S. KELLER, II,

    Plaintiff,

    v.

RANDALL COBB and KALEENA GROFF,

    Defendants.

Case No. 17-cv-528 JPG/SCW

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the plaintiff's stipulation of dismissal (doc. 37). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, the parties have presented a stipulation of dismissal. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: October 10, 2018

                                                       *s/J. Phil Gilbert*
                                                     UNITED STATES DISTRICT JUDGE